# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | SEAMANS INVESTMENTS, LLC |
| **Case Number:** | 2:09-bk-23046-GBN    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 02, 2010 09:30 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | ANNETTE AGUILAR |

## Matters:

1) INITIAL CONFIRMATION HEARING.
   **R / M #:**   46 / 0

2) CONTINUED HEARING RE: ADEQUACY OF THE DISCLOSURE STATEMENT. (FR. 06-24)
   **R / M #:**   1 / 0

## Appearances:

JAMES F KAHN, ATTORNEY FOR SEAMANS INVESTMENTS, LLC
MATTHEW S. SILVERMAN, ATTORNEY FOR JPMORGAN CHASE BANK (T)

## Proceedings:

ITEM #1 AND #2
MR. KAHN REQUESTS THAT THESE MATTERS BE VACATED AND A STATUS HEARING SET IN THIRTY DAYS.  AN AMENDED PLAN WILL BE FILED.

THE COURT:  A CONTINUED HEARING, TO BE HEARD AS A STATUS HEARING, WILL BE HELD ON OCTOBER 4, 2010 AT 10:00 A.M.
IT IS NOTED THAT THE DISCLOSURE STATEMENT HAS BEEN APPROVED.