# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | SEAMANS INVESTMENTS, LLC |
| **Case Number:** | 2:09-bk-23046-GBN    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, OCTOBER 04, 2010 10:00 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | ANNETTE AGUILAR |

## Matter:

STATUS HEARING RE: PLAN CONFIRMATION. (FR. 09-02)

**R / M #:**   46 / 0

## Appearances:

JAMES F KAHN, ATTORNEY FOR SEAMANS INVESTMENTS, LLC
BRIAN A PAINO, ATTORNEY FOR METLIFE HOME LOANS (T)
DARYL J. DORSEY, ATTORNEY FOR WELLS FARGO
MATTHEW S. SILVERMAN, ATTORNEY FOR JPMORGAN CHASE BANK (T)

## Proceedings:

THE COURT NOTES THAT THERE ARE A NUMBER OF CONFIRMATION OBJECTIONS.

MR. DORSEY REFERS TO THE PROPOSAL WHICH THEY HAVE SUBMITTED.

THE COURT:  A CONTINUED HEARING IS SET FOR DECEMBER 7, 2010 AT 10:45 A.M., WHICH CAN BE VACATED PURSUANT TO A STIPULATED ORDER APPROVED BY THE OBJECTORS.